

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE: RUDOLPH AUTOMOTIVE, LLC D/B/A RUDOLPH MAZDA AND RUDOLPH CHEVROLET, LLC, | § | No. 08-18-00149-CV |
| | § | AN ORIGINAL PROCEEDING |
| Relators. | § | IN MANDAMUS |
| | § | |
| | § | |

# **O R D E R**

The Court GRANTS the Relators' motion to reschedule the October 8, 2019 submission and oral argument setting. The above styled and numbered cause will be rescheduled at a later date.

IT IS SO ORDERED this 30th day of August, 2019.

PER CURIAM

Before Rodriguez, J., Palafox, J. and Larsen, J. (Senior Judge)
Larsen, J. (Senior Judge), sitting by assignment